UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2174** |
| **TAYLOR FORTUNE GROUP TENNESSEE, LLC** | **SECTION "B"(2)** |

## ORDER

On January 24, 2024, the Court held oral argument in open court on pending motions. After consideration of parties' arguments, the record, and applicable law, and for reasons orally expressed on the record,

**IT IS HEREBY ORDERED** that plaintiff State Auto Property and Casualty Insurance Company's ("State Auto") motion to lift the stay (Rec. Doc. 55) is **GRANTED**, for the limited purpose of analyzing parties' duty-to-defend question.

**IT IS FURTHER ORDERED** that defendant Taylor Fortune Group Tennessee, LLC's ("TFGT") motion to dismiss (Rec. Doc. 34) is **GRANTED IN PART**, **dismissing without prejudice** plaintiff State Auto's claim of declaratory relief from its duty to defend. Specifically, the Court finds plaintiff State Auto Property and Casualty Insurance Company has a duty to defend defendant Taylor Fortune Group Tennessee, LLC in the underlying state court action (*Kytch, Inc. v. Gamble, et. al.*, No. RG21099155, Cal. Super. Ct., Alameda Cnty.).

**IT IS FURTHER ORDERED** that, as to State Auto's claim of declaratory relief from its duty to indemnify and defendant TFGT's breach of written contract counterclaim (*See* Rec. Doc. 21 at 25; Rec. Doc. 54), the action before this Court remains **STAYED** as to all parties and for statistical purposes only, **ADMINISTRATIVELY CLOSED FOR SIX (6) MONTHS, without prejudice** to being timely reopened. Considering the May 2024 trial of the underlying state court

action, the appropriate motion to reopen this case, or continue the stay pending resolution of the underlying California state court action, shall be filed **no later than July 24, 2024**. **FAILURE TO TIMELY FILE SUCH MOTION MAY LEAD TO SANCTIONS, INCLUDING DISMISSAL**. *See* FED. R. CIV. P. 41(b).

    **IT IS FURTHER ORDERED** that plaintiff State Auto's motion for summary judgment (Rec. Doc. 37) is **DENIED**.

    New Orleans, Louisiana this 24th day of January, 2024

                                              SENIOR UNITED STATES DISTRICT JUDGE