**FARUQI & FARUQI, LLP**
Benjamin Heikali (State Bar No. 307466)
Email: *bheikali@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
Email: *mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS GOVEA and OSCAR MEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION,<br><br>Defendant. | Case No. 2:20-cv-08585 MWF (JCx)<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

1 | Plaintiffs Iris Govea and Oscar Medina ("Plaintiffs") and Defendant Gruma Corporation ("Defendant")(collectively, "the Parties") hereby provide notice to the Court that they have reached a settlement in principle this matter. The Parties expect to file a stipulation of dismissal by the end of April, 2022.

Respectfully submitted,

Dated: March 31, 2022

**REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese (State Bar No. 206773)
Email: *mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiffs*